# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN HERRERA JR.,<br><br>Defendant. | No. 14-CR 02437-W<br><br>ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |

**GOOD CAUSE APPEARING** based on good conduct and in the interest of justice,

**IT IS HEREBY ORDERED** that Sebastian Herrera Jr., be terminated from supervised release and the conditions thereon forthwith.

DATED: January 30, 2020

_____
Thomas J. Whelan, District Judge
Southern District of California

1